Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
*Attorneys for Defendants*
*HOUSTON SPECIALTY INSURANCE COMPANY*
*AND ENGLE MARTIN & ASSOCIATES, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARINA GARDENS — BDS, LLC, a Nevada Limited Liability Company; MARINA GARDENS — RAF, a Nevada Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> HOUSTON SPECIALTY INSURANCE COMPANY, a Texas Corporation; ENGLE MARTIN & ASSOCIATES, LLC, a Georgia Limited Liability Company; DOES 1-XXX; And ABC CORPORATIONS A-Z; inclusive, <br><br> Defendants. | CASE NO. _____ <br><br> **NOTICE OF REMOVAL** |

**To: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA AND THE PLAINTIFFS, MARINA GARDENS — BDS, LLC AND MARINA GARDENS — RAF, AND THEIR COUNSEL OF RECORD, PATRICK R. LEVERTY, ESQ., LEVERTY & ASSOCIATES LAW CHTD**

PLEASE TAKE NOTICE that on January 31, 2019, Defendants Houston Specialty Insurance Company ("HSIC") and Engle Martin & Associates, LLC. ("ENGLE"), contemporaneously, with the filing of this Notice, removed the above-referenced action from the Second Judicial District Court of the State of Nevada, in and for the County of Washoe, to this District Court of the United States, District of Nevada. The removal is based upon the following

1

grounds:

**I.     INTRODUCTION**

This action is a civil action over which this Court has original jurisdiction under provisions of 28 U.S.C. §1332, and one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(b). Suit has been brought between citizens from different states and the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

**II.    PROCESS, PLEADINGS AND ORDERS RECEIVED BY HOUSTON SPECIALTY INSURANCE COMPANY**

HSIC was served with the summons and complaint in this matter on January 2, 2019, a copy of which is attached hereto as Exhibit **"1."** Engle was served with the summons and complaint on January 22, 2019.

**III.   THE COURT HAS JURISDICTION UNDER 28 U.S.C. 41332**

**A.     There is Diversity of Citizenship.**

**Per** the allegations of the Complaint, Plaintiff Marina Gardens BDS, LLC, is a Nevada limited liability company.

Per the allegations of the Complaint, Plaintiff Marina Gardens - RAF, is a Nevada limited liability company.

Per the allegations of the Complaint, HSIC is a Texas corporation.

Per the allegations of the Complaint, Engle is an independent adjuster for insurance companies licensed to perform services in the State of Nevada.

**B.     The Amount in Contrwersv Exceeds $75,000.00.**

The Complaint incorporates by reference a letter from May 7, 2018, in which Plaintiffs demand in excess of $75,000.00 due and owing under the terms and conditions of a property insurance policy for property damage resulting from a fire at the subject property. Based upon

2

this initial information, it appears that the amount in controversy exceeds that required to invok the jurisdiction of this Court.

## IV. **REMOVAL IS TIMELY.**

Plaintiffs filed their Complaint in the Second Judicial District Court on December 26, 2018. HSIC was served with the summons and complaint on January 2, 2019. Defendant Engle Martin & Associates, LLC, a Georgia Limited Liability Company ("EMA"), was served on January 22, 2019. EMA has confirmed that it will consent to removal. This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b).

## V. **DEFENDANT HAS MET ALL OTHER REQUIREMENTS FOR REMOVAL.**

1. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332. Removal is proper under 28 U.S.C. §1441.

2. HSIC attaches to this notice, copies of all papers and pleadings it has received in this matter.

3. HSIC has concurrently filed a copy of this Notice in the Second Judicial District Court in and for the County of Washoe.

4. HSIC has served a copy of this Notice upon counsel for Plaintiffs.

DATED this 31st day of January, 2019.

          THORNDAL ARMSTRONG
          DELK BALKENBUSH & EISINGER

          By: _/ /_ ***Katherine F. Parks, Esq.*** _/ /_
             Katherine F. Parks, Esq.
             State Bar No. 6227
             6590 S. McCarran Blvd., Suite B
             Reno, Nevada 89509
             (775) 786-2882
             Attorneys for Defendants
             HOUSTON SPECIALTY INSURANCE COMPANY
             AND ENGLE MARTIN & ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

**Pursuant** to FRCP 5(b), I certify that **I am an employee of** THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **NOTICE OF REMOVAL to** be served on all parties to this action by:

- ✓ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

   United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

____ personal delivery

____ facsimile (fax)

____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

**Patrick R. Levelly, Esq.**
**LEVERTY & ASSOCIATES LAW CHTD.**
**832 Willow Street**
**Reno, Nevada 89502**
*Attorney for Plaintiffs*

DATED this 31St day of January, 2019.

*// Sam Baker*_____
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

**4**

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | NO. OF PAGES |
|---------|-------------|--------------|
| 1 | Complaint | 13 |