# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARINA GARDENS – BDS, LLC, a Nevada Limited Liability Company; MARINA GARDENS – RAF, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY, a Texas Corporation; ENGLE MARTIN & ASSOCIATES, LLC, a Georgia Limited Liability Company; DOES 1-XXX; And ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | CASE #3:19-cv-00048<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Matthew A. Foytlin, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a shareholder of the law firm of Winstead PC with offices at 600 Travis Street, Suite 5200, Houston, Texas, 77002, (713) 650-8400, mfoytlin@winstead.com.

2. That Petitioner has been retained personally or as a shareholder of the law firm by Defendant Houston Specialty Insurance Company ("HSIC") to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since April 18, 2008, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court

- 1 -

or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Massachusetts State Bar | 12-16-2002 | 655253 |
| U.S. District Court, Northern District of Texas | 8-2-2010 | |
| U.S. District Court Southern District of Texas | 2-5-2009 | |
| U.S. District Court Eastern District of Texas | 2-7-2011 | |
| U.S. District Court Western District of Texas | 3-24-2011 | |
| U.S. District Court, District of Massachusetts | 5-29-2003 | |
| U.S. District Court, Western District of Oklahoma | 8-10-2017 | |
| U.S. Court of Appeals, First Circuit | 9-19-2013 | |
| U.S. Court of Appeals, Fifth Circuit | 9-24-2013 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission): None.

7. That Petitioner is a member of good standing in the following Bar Associations: Texas and Massachusetts.

8. Petitioner has filed application to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: None.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
MATTHEW A. FOYTLIN

STATE OF TEXAS §

COUNTY OF HARRIS §

MATTHEW A. FOYTLIN, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
MATTHEW A. FOYTLIN

Subscribed and sworn to before me this 26th day of ____March____, 2019.

____Kimberly Beth Aaron____
Notary Public or Clerk of Court

KIMBERLY BETH AARON
Notary Public, State of Texas
Comm. Expires 09-10-2019
Notary ID 5780390

- 4 -

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Katherine F. Parks, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is: Thorndal Armstrong Delk Balkenbush & Eisinger, 6590 S. McCarran Blvd., Suite B, Reno, Nevada, 89509, (775) 786-2882, KFP@thorndal.com. By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party appoints Katherine F. Parks as its Designated Resident Nevada Counsel in this case.

Houston Specialty Insurance Company

By: *Tim Drake*

Name: Tim Drake

Title: VP Strata Underwriting Managers, MGA for HSIC

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

                    / s / Katherine F. Parks
Designated Resident Nevada Counsel's signature

Bar number: 6227

Email address: KFP@thorndal.com

APPROVED:
DATED this 29th day of March, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Matthew Allen Foytlin**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 18th day of April, 2008.

    I further certify that the records of this office show that, as of this date

**Matthew Allen Foytlin**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 26th day of February, 2019.

BLAKE HAWTHORNE, Clerk

_____
Clerk, Supreme Court of Texas

No. 5341C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.