**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARINA GARDENS – BDS, LLC., a Nevada Limited Liability Company; MARINA GARDENS – RAF, a Nevada Limited Liability Company,<br><br>         Plaintiffs,<br><br>vs.<br><br>HOUSTON SPECIALTY INSURANCE COMPANY, a Texas Corporation; ENGLE MARTIN & ASSOCIATES, LLC, a Georgia Limited Liability Company; DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>         Defendants. | CASE NO. 3:19-CV-00048-LRH-WGC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that:

The Complaint filed by Plaintiffs MARINA GARDENS – BDS, LLC., a Nevada Limited Liability Company, and MARINA GARDENS – RAF, a Nevada Limited Liability Company, (ECF # 2) is dismissed with prejudice in its entirety.

IT IS HEREBY FURTHER STIPULATED AND AGREED that each party will bear its own costs and attorneys' fees in this action.

DATED this 3rd day of April, 2020.

| LEVERTY & ASSOCIATES LAW CHTD. | SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP |
|---|---|
| By: */s/ Patrick Leverty*<br>Vernon E. Leverty, Esq.<br>NV Bar No. 1266<br>Patrick R. Leverty, Esq.<br>NV Bar No. 8840<br>832 Willow Street<br>Reno, NV 89502<br><br>*ATTORNEYS FOR PLAINTIFFS* | By: */s/ Matthew A. Foytlin*<br>Stephen R. Wedemeyer<br>Matthew A. Foytlin<br>*Admitted Pro Hac Vice*<br>717 Texas Ave., 27th Floor<br>Houston, Texas 77002<br>(832) 415-1801<br>swedemeyer@shackelford.law<br>mfoytlin@shackelford.law<br><br>THORNDAL ARMSTRONG<br>DELK BALKENBUSH & EISINGER<br>Katherine F. Parks, Esq.<br>State Bar No. 6227<br>6590 S. McCarran Blvd., Suite B<br>Reno, Nevada 89509<br>(775) 786-2882<br>kfp@thorndal.com<br><br>*ATTORNEYS FOR DEFENDANTS* |

**IT IS ORDERED:**

DATED this 8th day of April, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE